IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**LINDA FOSTER**     **PLAINTIFF**

**VS.**     **CIVIL ACTION NO. 3:05CV713BS**

**BELLSOUTH**     **DEFENDANT**

## ORDER

This matter came before the court on a review of Order entered earlier on this date, in which the Plaintiff was instructed to direct her Application for Review, if she wished to file such an Application, to District Judge Tom S. Lee. That instruction was in error, as the District Judge assigned to this matter is William H. Barbour, Jr. Any such application should be forwarded to District Judge Barbour, and the earlier Order is vacated to the extent that it directed the Plaintiff to Judge Lee.

IT IS SO ORDERED, this the 12th day of September, 2006.

                              S/James C. Sumner
                          UNITED STATES MAGISTRATE JUDGE