# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**LINDA FOSTER**                                                                        **PLAINTIFF**

**VS.**                                         **CIVIL ACTION NO. 3:05CV713BS**

**BELLSOUTH**                                                     **DEFENDANT**

## ORDER

This matter came before the court on the Plaintiff's (Second) Motion to Request the Entire Record of the Telephonic Case Management Conference that was Conducted without Plaintiff's Presence. No record is kept of these conferences, either by audio recording or transcription; therefore, there is nothing of this nature that can be sent to the Plaintiff. The only actual "record" of what occurs in such a conference is the Case Management Plan Order, which has already been sent to the Plaintiff.

IT IS, THEREFORE, ORDERED that the Plaintiff's (Second) Motion to Request the Entire Record of the Telephonic Case Management Conference is hereby **denied**.

IT IS SO ORDERED, this the 16th day of October, 2006.

                                                                S/James C. Sumner
                                             UNITED STATES MAGISTRATE JUDGE