UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LINDA C. FOSTER                                                                                       PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:05CV713 DPJ-JCS

BELLSOUTH                                                                                            DEFENDANT

JUDGMENT

For the reasons given in the order entered in this cause on this date, this action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 4th day of February, 2008.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE